# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM WOELK,

    Plaintiff,

v.                                                Case No. 13-12411

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                /

## JUDGMENT

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objection, and Adopting the Magistrate Judge's Report and Recommendation" dated June 30, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security. Dated at Detroit, Michigan, this 30th day of June 2014.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        s/ Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland